WO

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 2 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 04-00468-001-PHX-SMM |
| Plaintiff, | |
| vs. | |
| Jaa'mar Keifu Lavender, | **ORDER** |
| Defendant. | |

An initial appearance on the Petition on Probation was held on February 1, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 2nd day of February 2006.

Lawrence O. Anderson
United States Magistrate Judge